IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JEFF GEORGE** | ) | |
| | ) | |
| **v.** | ) | NO. 3:08-0787 |
| | ) | JUDGE ECHOLS |
| **VOUGHT AIRCRAFT INDUSTRIES, INC.** | ) | |

**O R D E R**

The Court having been advised by counsel that the matters in controversy have been compromised and settled, it is hereby ORDERED that this case is dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. Within this sixty-day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE